IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-676-UNA |
| | ) |
| JAMAK FABRICATION-TEX LTD. d/b/a | ) **JURY TRIAL DEMANDED** |
| JAMAK FABRICATION, INC. also d/b/a | ) |
| JAMAK GLOBAL WIPERS, | ) |
| | ) |
| Defendant. | ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Robert Bosch LLC hereby discloses that its parent corporations are Robert Bosch North America Corporation, Robert Bosch Industrieanlagen GmbH, and Robert Bosch GmbH; and that no publicly held corporation owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael J. Lennon
Mark A. Hannemann
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel: (212) 425-7200

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: November 1, 2007
829105 / 32395

*Attorneys for Plaintiff Robert Bosch LLC*