AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

ROBERT BOSCH LLC,

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

JAMAK FABRICATION-TEX LTD. d/b/a
JAMAK FABRICATION, INC. also d/b/a
JAMAK GLOBAL WIPERS,

    Defendant.

CASE NUMBER: 07-676-GMS

TO: (Name and address of Defendant)

    Jamak Fabrication-Tex Ltd.
    c/o C. A. Snoddy, Registered Agent
    4800 Bryant Irvin Ct.
    Fort Worth, TX 76107

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899-0951

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

*E. Strickler* (signature)
(By) DEPUTY CLERK

DATE: 2/20/08

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | DATE 2-21-08 at 1:40pm |
|---|---|
| NAME OF SERVER (PRINT) Paul Schuder | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 4800 Bryant Irvin Ct., Fort Worth, TX 76107

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Feb. 21, 2008 at 1:40pm          *Signature of Server* Paul Schuder #SCH1106

Address of Server: 111 E. Rosedale, Ft. Worth, TX 76104

STEPHANIE L. BARTON
Notary Public
STATE OF TEXAS
My Comm. Exp. 10/05/2009

Signed and Sworn to by Paul Schuder
Before Me This 22nd Day of February 2008
Stephanie L. Barton, Notary Public
Tarrant County, State of Texas

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.