IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
|        Plaintiff, | ) |
| v. | ) C.A. No. 07-676-GMS |
| JAMAK FABRICATION-TEX LTD. d/b/a<br>JAMAK FABRICATION, INC. also d/b/a<br>JAMAK GLOBAL WIPERS, | ) **JURY TRIAL DEMANDED** |
|        Defendant. | ) |

**AFFIDAVIT OF MAILING**

STATE OF DELAWARE     )
                                              ) ss:
COUNTY OF NEW CASTLE )

David E. Moore, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware and am an associate in the law firm of Potter Anderson & Corroon LLP, counsel for Robert Bosch LLC.

2. On February 21, 2008, I caused to be mailed by certified mail, return receipt requested, Summons, Complaint and related documents to defendant Jamak Fabrication-Tex Lt., c/o Kirk Eustace, CEO, 4800 Bryant Irvin Ct, Fort Worth, Texas 76107, attached as Exhibit A. The document was received by Jamak Fabrication-Tex Lt., c/o Kirk Eustace, CEO, or his authorized representative on February 25, 2008, as evidenced by the return receipt, attached as Exhibit B.

Dated: March 3, 2008

_____
David E. Moore (#3983)

SWORN AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public
My commission expires: 4-9-08

852394 / 32395

# EXHIBIT A

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

(32395)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  R Moren  ☐ Agent  ☑ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>                                                                2-25-8 |
| 1. Article Addressed to:<br><br>Jamak Fabrication-Tex Ltd.<br>c/o Kirk Eustace, CEO<br>4800 Bryan Irvin Ct.<br>Fort Worth, TX 76107 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)           ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7002 2410 0006 2222 0699 |

PS Form 3811, February 2004        Domestic Return Receipt                    102595-02-M-1540

# EXHIBIT B

