# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-676-GMS |
| | ) |
| JAMAK FABRICATION-TEX LTD. d/b/a | ) **JURY TRIAL DEMANDED** |
| JAMAK FABRICATION, INC. also d/b/a | ) |
| JAMAK GLOBAL WIPERS, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

WHEREAS, Robert Bosch LLC instituted this patent-infringement action against Jamak Fabrication-Tex Ltd. d/b/a Jamak Fabrication, Inc. also d/b/a Jamak Global Wipers ("Jamak"), and

WHEREAS, the parties have entered into a settlement agreement to resolve this action, with an effective date of January 31, 2008;

THEREFORE, Robert Bosch LLC and Jamak hereby stipulate to the dismissal of this action, subject to this Court's retention of jurisdiction to enforce the terms of the settlement agreement, each party to bear its own costs and attorneys' fees.

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: /s/ Richard L. Horwitz |
| Michael J. Lennon | Richard L. Horwitz (#2246) |
| Mark A. Hannemann | David E. Moore (#3983) |
| KENYON & KENYON LLP | Hercules Plaza, 6th Floor |
| One Broadway | 1313 N. Market Street |
| New York, NY 10004 | P.O. Box 951 |
| Tel: (212) 425-7200 | Wilmington, DE 19899-0951 |
| | Tel: (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |

*Attorneys for Plaintiff*

SONNENSCHEIN NATH & ROSENTHAL LLP

By: /s/ Mark C. Nelson
Mark C. Nelson
1717 Main Street
Suite 3400
Dallas, TX  75201-7395
Tel:  (214) 259-0901
mcnelson@sonnenschein.com

*Attorney for Defendant*

IT IS SO ORDERED this _____ day of _____ 2008.

_____
U.S.D.C.J.

865358 / 32395